IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Baja Developments LLC, a New York limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>TSD Loreto Partners, S en C. Por A. De C.V., a Mexican limited liability company,<br><br>    Respondents. | No. CV 09-0756-PHX-LOA<br><br>**ORDER** |

Before the court is United States Magistrate Judge Anderson's Report and Recommendation ("R & R") (doc. # 27). The R & R recommended that default judgment be entered for $8,442,044.00 in favor of Plaintiff against Defendant. No objections were filed.

The court has reviewed the R & R and agrees with the magistrate judge's determinations. Accordingly, the court will accept the R & R and direct entry of default judgment accordingly. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

IT IS THEREFORE ORDERED accepting the Report and Recommendation of Magistrate Judge Anderson (doc. #27).

IT IS FURTHER ORDERED that Clerk of the Court enter judgment in favor of Baja Developments LLC, against Defendant TSD Loreto Partners, S en C. Por A. De C.V., in the

amount of $8,442,044.00, with interest thereon from the date of judgment at the federal judgment interest rate. The Clerk shall terminate this action.

Dated: June 2, 2010.

_____
Neil V. Wake
United States District Judge